IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, and **TERRY FABRICANT**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CREDITORS RELIEF LLC**, a New Jersey limited liability address,<br><br>*Defendant.* | CASE NO. 2:20-CV-03272-SDW-LDW<br><br>**NOTICE OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

Plaintiffs Abante Rooter and Plumbing, Inc. and Terry Fabricant ("Plaintiffs"), by and through their undersigned counsel, hereby move pursuant to Local Rule 101.1(c) for an Order admitting Patrick H. Peluso and Taylor T. Smith of Woodrow & Peluso, LLC as *pro hac vice* counsel for Plaintiffs and the alleged class in the above-captioned case.

In support, the Declarations of Mr. Peluso and Mr. Smith are attached hereto as Exhibits A, and B. A certification from Jeffrey S. Arons is attached hereto as Ex. C. A proposed order is also attached hereto as Ex. D.

Dated: March 30, 2020

Respectfully submitted,

**ABANTE ROOTER AND PLUMBING INC.**, a California corporation, and **TERRY FABRICANT**, individually and on behalf of all others similarly situated,

By: _____
Jeffrey Arons, Esq.
One of Plaintiff's Attorneys

Jeffrey S. Arons, Esq.
ja@aronslaw.net
Arons & Arons, LLC
76 South Orange Ave., Suite 100
South Orange, New Jersey 07079
Tel: 973-762-0795
Fax: 973-762-0279

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: (720) 213-0675
Fax: (303) 928-0809

*Pro Hac Vice* admission to be sought