IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, and **TERRY FABRICANT**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CREDITORS RELIEF, LLC,** a New Jersey limited liability company,<br><br>*Defendant.* | CASE NO. 2:20-CV-03272-SDW-LDW<br><br>**DECLARATION OF PATRICK H. PELUSO** |

I, Patrick H. Peluso, on oath declare as follows:

1. I am a partner with the law firm of Woodrow & Peluso, LLC. I submit this declaration in support of the motion for an Order granting my admission *pro hac vice* for Abante Roofing and Plumbing, Inc. and Terry Fabricant ("Plaintiffs"). I am over the age of 18 and can competently testify to the matters set forth below.

2. I am admitted to the Bar of the State of Colorado. I was admitted on November 3, 2014. Attached hereto is a certificate of good standing.

3. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been disciplined in any jurisdiction.

I hereby certify, under penalty of perjury, that the above is true and correct.

Dated: March 30, 2020

By: _____
Patrick H. Peluso



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Patrick Harry Peluso__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __3rd__ day of __November__ A. D. __2014__ and that at the date hereof the said __Patrick Harry Peluso__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __4th__ day of __March__ A. D. __2020__

__Cheryl Stevens__
Clerk

By _[signature]_
Deputy Clerk