IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, and **TERRY FABRICANT,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CREDITORS RELIEF, LLC,** a New Jersey limited liability company,<br><br>*Defendant.* | CASE NO. 2:20-CV-03272-SDW-LDW<br><br>**DECLARATION OF TAYLOR T. SMITH** |

I, Taylor T. Smith, on oath declare as follows:

1. I am an associate attorney with the law firm of Woodrow & Peluso, LLC. I submit this declaration in support of the motion for an Order granting my admission *pro hac vice* for Plaintiffs Abante Rooter and Plumbing, Inc. and Terry Fabricant ("Plaintiffs"). I am over the age of 18 and can competently testify to the matters set forth below.

2. I am admitted to the Bar of the State of Colorado. I was admitted on October 30, 2017. Attached hereto is a certificate of good standing.

3. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been disciplined in any jurisdiction.

I hereby certify, under penalty of perjury, that the above is true and correct.

Dated: March 30, 2020

By: ___/s/ Taylor T. Smith___
Taylor T. Smith



# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, ___Cheryl Stevens___ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

___Taylor True Smith___

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __30th__ day of __October__ A. D. __2017__ and that at the date hereof the said ___Taylor True Smith___ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __4th__ day of __March__ A. D. __2020__

___Cheryl Stevens___
                                         Clerk

By _____
                                    Deputy Clerk