IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, and **TERRY FABRICANT**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CREDITORS RELIEF LLC**, a New Jersey limited liability company,<br><br>*Defendant*. | Case No. 2:20-cv-03272-SDW-LDW<br><br>**CERTIFICATION OF JEFFREY S. ARONS IN SUPPORT OF MOTION FOR ADMISSION OF PATRICK H. PELUSO AND TAYLOR T. SMITH PRO HAC VICE** |

I, Jeffrey S. Arons, on oath declare as follows:

1. I am an attorney licensed in the State of New Jersey and am counsel for Plaintiffs Abante Rooter and Plumbing, Inc. and Terry Fabricant ("Plaintiffs") in this matter.

2. I submit this certification in support of Plaintiffs' motion to admit Patrick H. Peluso and Taylor T. Smith *pro hac vice* to represent Plaintiff. Plaintiff has requested that Mr. Peluso and Mr. Smith represent them and appear on their behalf in all phases of this case.

3. I am a member in good standing of the bar of the State of New Jersey, which I was admitted to practice on December 7, 2005. I am also admitted to practice before the United States District Court for the District of New Jersey, and

I am in good standing with the Court.

4. If this motion is granted, in accordance with L. Civ. R. 101.1, I will sign all pleadings, briefs, and other papers filed with the Court and shall be responsible for the conduct of the litigation and for the attorneys referenced in paragraph 2 above.

I hereby certify, under penalty of perjury, that the above is true and correct.

Dated: March 30, 2020

By: _____
Jeffrey S. Arons, Esq.