IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, and **TERRY FABRICANT**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CREDITORS RELIEF, LLC,** a New Jersey limited liability company,<br><br>*Defendant.* | Case No. 2:20-cv-03272-SDW-LDW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

The Court, having considered Plaintiffs' Motion for the admission *pro hac vice* of attorneys, Patrick H. Peluso and Taylor T. Smith, and being duly advised in the premises, it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. Patrick H. Peluso and Taylor T. Smith are hereby admitted *pro hac vice* and may appear as counsel for Plaintiffs;

3. Pursuant to Local Rule 101(c)(2), Mr. Peluso and Mr. Smith shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection within 20 days from the date of this Order if, Mr. Peluso and Mr. Smith have not already done so in 2019;

4. Pursuant to Local Rule 101(c)(3), Mr. Peluso and Mr. Smith shall

each make a payment of $150 upon their respective admission, payable to the Clerk of the United States District Court for the District of New Jersey;

    5.    Mr. Peluso and Mr. Smith shall be bound by Rules of this Court.

IT IS SO ORDERED

                                            Hon. Susan D. Wigenton