IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, and **TERRY FABRICANT**, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>**CREDITORS RELIEF, LLC**, a New Jersey limited liability company,<br><br>   *Defendant.* | Case No. 2:20-cv-03272-SDW-LDW<br><br>**CERTIFICATION OF FILING AND SERVICE** |

  I, Jeffrey S. Arons, hereby certify that on March 30, 2020 I caused a copy of the following documents to be electronically filed with the United States District Court for the District of New Jersey:

  1. Notice of Motion for Pro Hac Vice Admission;

  2. Declarations of Patrick H. Peluso and Taylor T. Smith;

  3. Certification of Jeffrey S. Arons; and

  4. Proposed Order.

I further certify that I caused a copy of these documents to be served on all counsel of record via CM/ECF.

Dated: March 30, 2020

Respectfully submitted,

**ABANTE ROOTER AND PLUMBING, INC.**, a California corporation and **TERRY FABRICANT**, individually and on behalf of all others similarly situated,

By: ／⟋⟋⟋

One of Plaintiff's Attorneys

Jeffrey S. Arons, Esq.
ja@aronslaw.net
Arons & Arons, LLC
76 South Orange Ave., Suite 100
South Orange, New Jersey 07079
Tel: 973-762-0795
Fax: 973-762-0279

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: (720) 213-0675
Fax: (303) 928-0809

**Pro Hac Vice* admission to be sought