# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., a California corporation, and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CREDITORS RELIEF, LLC, a New Jersey corporation,<br><br>*Defendant*. | Case No. 2:20-cv-03272-SDW<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Plaintiffs Abante Rooter and Plumbing ("Abante") and Terry Fabricant ("Fabricant") (collectively "Plaintiffs") and Defendant Creditors Relief, LLC ("Defendant" or "Creditors"), by and through their respective counsel, hereby file this stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims brought by Plaintiffs in the above-captioned case, with each side bearing its own costs and fees. None of the rights of any putative class members other than Plaintiff have been released or are otherwise affected by this dismissal. This dismissal resolves the entire action.

Dated: February 17, 2021

By: /s/ Patrick H. Peluso

Patrick H. Peluso
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

|  |  |
|---|---|
| Dated: February 17, 2021 | *Counsel for Plaintiffs*<br>By: /s/ [signature]<br><br>David Graff<br>GRAFF SILVERSTEIN LLP<br>3 Middle Patent Road<br>Armonk, NY 10504<br>914-844-5939<br>Email: dgraff@graffsilversteinllp.com<br><br>*Counsel for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., a California corporation, and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CREDITORS RELIEF, LLC, a New Jersey corporation,<br><br>    *Defendant*. | Case No. 2:20-cv-03272-SDW<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Plaintiffs Abante Rooter and Plumbing ("Abante") and Terry Fabricant ("Fabricant") (collectively "Plaintiffs") and Defendant Creditors Relief, LLC ("Defendant" or "Creditors"), by and through their respective counsel, hereby file this stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims brought by Plaintiffs in the above-captioned case, with each side bearing its own costs and fees. None of the rights of any putative class members other than Plaintiff have been released or are otherwise affected by this dismissal. This dismissal resolves the entire action.

Dated: February 17, 2021       By: /s/ *Patrick H. Peluso*

                      Patrick H. Peluso
                      ppeluso@woodrowpeluso.com
                      WOODROW & PELUSO, LLC
                      3900 East Mexico Ave., Suite 300
                      Denver, Colorado 80210
                      Telephone: (720) 213-0676
                      Facsimile: (303) 927-0809

*Counsel for Plaintiffs*

By: /s/ _____

Dated: February 17, 2021

David Graff
GRAFF SILVERSTEIN LLP
3 Middle Patent Road
Armonk, NY 10504
914-844-5939
Email: dgraff@graffsilversteinllp.com

*Counsel for Defendant*